UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNARD MARSELLES JENKINS,      )
                                )
          Plaintiff,            )
                                )
v.                              )          CV421-359
                                )
SERGEANT CHRISTOPHER GRIFFIN,   )
                                )
          Defendant.            )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 22), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**. Defendant's request for a status conference with the Magistrate Judge is **DISMISSED** as moot. (Doc. no. 19.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA